No. 93–5136. ASHOR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–5137. ADENIJI *v.* SOCIAL SECURITY ADMINISTRATION. C. A. 3d Cir. Certiorari denied.

No. 93–5138. PISCIOTTA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5139. SANDERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–5141. JORDAN *v.* DUCHARME, SUPERINTENDENT, WASHINGTON STATE REFORMATORY. C. A. 9th Cir. Certiorari denied.

No. 93–5142. LEWIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5143. CRABTREE *v.* UNITED STATES; and
No. 93–5192. CRAY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–5144. DE OCHOA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5145. SANCHEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5146. DANIELS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5147. HILL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5148. HARTMAN *v.* POINTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5149. SANDOVAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5150. THOMAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5151. TOLEDO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.